

# WHITMER EHRMAN, LLC

January 23, 2019

United States District Clerk
United States District Court
For the Northern District of Florida
111 N. Adams Street
Tallahassee, Florida 32301

Re:   *Digital Media Solutions v. South University of Ohio LLC, et al.*
      In the United States District Court for the Northern District of Ohio
      Eastern Division - Case No. 1:19 CV 145

                FILING FOR NOTICE PURPOSES ON MISCELLANEOUS DOCKET

Dear Sir or Madam:

Pursuant to 28 USC §754, please find an original and one (1) copy of a *Notice of Appointment of Receiver*, with true and correct copies of the **Verified Complaint** filed by Digital Media Solutions and the **Order Appointing Mark E. Dottore as Receiver**, which are attached as exhibits.

Under 28 USC §754, a federal receiver appointed in one district may sue in any federal district court and/or be vested with complete jurisdiction and control of all such property in that district.  However, Section 754 requires the Receiver file, within ten (10) days of his/her order of appointment, copies of the complaint and order of appointment in the district court for each district in which the receiver plans to sue or the subject property is located.  Based on past experience, these are normally filed as miscellaneous filings.  Accordingly, **please file these documents, including this cover letter, and return a file-stamped copy to me via the enclosed, self-addressed and prepaid envelope.  It is very important that these documents be filed immediately.**

Also, please find enclosed a check in the amount of $47.00 for the necessary filing fee under 28 USC §754.  Should this fee be inadequate, please file the documents (since there is a short timeframe for filing) and contact me regarding the proper fee.  I will send the necessary fee immediately.  That you for your assistance in this matter and please do not hesitate to contact me or my assistant, Ruthie Owen, at 216.771.5056 or rco@WEadvocate.net should you have any questions.

Sincerely,

Mary K. Whitmer
Enclosures

Address: 2344 Canal Road, Suite 401, Cleveland OH 44113 • Phone: (216) 771-5056